Case: 1:13-cv-02869 Document #: 19-2 Filed: 04/09/14 Page 1 of 1 PageID #:61



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Tommy Pililimis,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Reliance Exchange Group LLC<br>adba APE Processing LLC,<br><br>　　　　Defendants. | Case No. 1:13-cv-02869<br><br><br>**JUDGEMENT** |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Default Judgment.

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT against Defendant Reliance Exchange Group LLC adba APE Processing LLC is entered as follows:

. $60,000 in actual damages for violations of the Fair Debt Collection Practices Act;

. $1,000 in statutory damages for violations of the Fair Debt Collection Practices Act;

. $5,370.00 in reasonable attorneys' fees; and

. $685.00 in reasonable costs incurred herein.

**IT IS SO ORDERED.**

Date: 4/29/14

　　　　　　　　　　　　　　　　　　HARRY D. LEINENWEBER
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of Illinois

2014 MAY -8 PH 4:34